# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM CHRISTOPHER LEWIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et. al., )<br>)<br>Defendants. ) | Case No. 1:12-cv-00924-LSC-JHE |

## ORDER

The magistrate judge filed a report and recommendation on May 7, 2013, recommending that the plaintiff's FTCA Claims against the Federal Bureau of Prisons, Warden Rathman, and Officer Locker be dismissed. It was further recommended that the plaintiff's FTCA claim against the United States based upon Officer Locker's alleged negligence be referred to the magistrate judge for further proceedings. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action except the plaintiff's FTCA claim against the United States based upon Officer Locker's alleged negligence are DISMISSED pursuant to 28 U.S.C. § 1915A(b). It is further ORDERED that the the plaintiff's FTCA claim is REFERRED to the magistrate judge for further proceedings.

Done this 24th day of July 2013.

                                          L. SCOTT COOGLER
                                 UNITED STATES DISTRICT JUDGE
                                                                             [160704]